Certificate Number: 15111-NJ-DE-031219241

Bankruptcy Case Number: 18-19065



15111-NJ-DE-031219241

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 22, 2018, at 12:13 o'clock PM EDT, Erin Melissa Coleman completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   June 22, 2018

By:   /s/Maan Arriane Vendiola for Ryan McDonough

Name:   Ryan McDonough

Title:   Executive Director of Education