Printed on: 02/12/2019  
ISABEL C. BALBOA [*ICB-99001-00*]  
Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2018 to 12/31/2018  
**Case Number: 18-19065 (ABA)**

Erin M. Coleman  
54 Burke Avenue  
Deptford, NJ  08096

Monthly Payment: $493.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 05/31/2018 | $356.00 | 06/29/2018 | $355.57 | 07/31/2018 | $355.57 | 09/04/2018 | $500.00 |
| 09/25/2018 | $493.00 | 11/05/2018 | $493.00 | 12/03/2018 | $493.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ERIN M. COLEMAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | WILLIAM A. NASH, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | JPMORGAN CHASE BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | EAMONN O'HAGAN, AUSA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | NJ HMFA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | QUEENS PARK OVAL ASSET HOLDING TRUST | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ROUNDPOINT MORTGAGE SERVICING CORPORATION | 24 | $26,250.26 | $3,257.17 | $22,993.09 | $2,352.03 |
| 7 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | YOUR CHILD'S VERY OWN DENTIST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | WILLIAM A. NASH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2018 | 2.00 | $0.00 |
| 08/01/2018 | Paid to Date | $1,067.14 |
| 09/01/2018 | 57.00 | $493.00 |
| 06/01/2023 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $3,046.14 |
| Total paid to creditors this period: | $2,352.03 |
| Undistributed Funds on Hand: | $452.57 |
| Arrearages: | ($7.00) |
| Attorney: | WILLIAM A. NASH, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**