| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>William A. Nash, Esquire 036291995<br>Nash Law Firm, LLC<br>1001 Melrose Avenue, Suite A<br>Blackwood, NJ 08012-2706<br>(856) 228-2206<br>wnash@thenashlawfirm.com<br>Attorneys for Debtor Erin Coleman | |
| In Re:<br>ERIN COLEMAN | Case No.: 18-19065-ABA<br><br>Chapter: 13<br><br>Hearing Date: 12/8/2020 @10:00 AM<br><br>Judge: Altenburg |

## CERTIFICATION OF SERVICE

1. I, William A. Nash:

   ☒ represent the Debtor in this matter.

2. On *November 14, 2020*, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   ☒ CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                         Nash Law Firm, LLC
                                         Counsel to the Debtor
                                         */s/ William A. Nash*
                                         _____
                                         William A. Nash, Esquire

Date: November 14, 2020

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ms. Isabel C. Balboa<br>CHAPTER 13 STAND. TRUSTEE<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other - ECF<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Denise Carlon, Esquire<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | *Attorneys for Carisbrook Asset Holding Trust* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☒ Other ECF<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other ECF<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other ECF<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt |