UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY, CAMDEN DIVISION

Caption in Compliance with D.N.J. LBR 9004-1(b)

William A. Nash, Esquire 036291995
Nash Law Firm, LLC
1001 Melrose Avenue, Suite A
Blackwood, NJ 08012-2706 (856) 228-2206
wnash@thenashlawfirm.com
Attorneys for Debtor Erin M. Coleman

Case No.: 18-19065
Chapter: 13
Judge: Andrew B. Altenburg, Jr.

In Re:

Erin M. Coleman

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _Erin M. Coleman_, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _6-2-23_                                    _/s/ Erin M. Coleman_
                                                  Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**