Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.: 18−19065−ABA
          Chapter: 13
          Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Erin M. Coleman
   aka Erin M. Fuchs, aka Erin Coleman Fuchs, aka Erin Melissa Fuchs, aka Erin Melissa Coleman
   54 Burke Avenue
   Deptford, NJ 08096

Social Security No.:
   xxx−xx−0253

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

   TO: <u>Erin M. Coleman</u>
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: July 27, 2023
JAN: dmb

                                        <u>Jeanne Naughton, Clerk</u>